### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CONNAN J. KITTSON<br><br>Defendants. | Case No. CR-24-55-GF-BMM<br><br>**ORDER CONTINUING TRIAL** |

IT IS HEREBY ORDERED that the final pretrial conference and jury trial set for November 19, 2024 are VACATED. The following schedule shall apply: The final pretrial conference is rescheduled for December 9, 2024 at 8:30 a.m. The jury trial is rescheduled for December 9, 2024 at 9:00 a.m. in the Charles N. Pray Courtroom at the Missouri River Federal Courthouse, Great Falls, Montana. The motions deadline is November 12, 2024. The plea agreement deadline is November 25, 2024. Expert reports are due on or before November 29, 2024. The JERS disc, Jury Instructions and Trial Briefs are

due by **December 4, 2024.**

DATED this 6th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court