# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CONNAN KITTSON, <br><br> Defendant. | Cause No. CR-24-55-GF-BMM <br><br><br> **ORDER** |

Upon the motion of the Defendant to appear remotely at the March 3, 2025 Status Conference (Doc. 60) and good cause appearing therefore;

IT IS HEREBY ORDERED:

The Defendant is permitted to appear by ZOOM for the Status Conference Hearing set on March 3rd, 2025 at 3:30 p.m. The Clerk of Court's Office will provide Defense counsel the Zoom link.

DATED this 28th day of February, 2025.

_Brian Morris_

Brian Morris, Chief District Judge
United States District Courts